UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Odell Tamar Taylor
(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Matt Macauley (Warden)
&
Department of Michigan (MDOC)
State of Michigan Department of
Correctionions Lansing

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
March 31, 2022 11:53 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB / 4/1

**1:22-cv-310**
**Ray Kent**
**U.S. Magistrate Judge**

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?     Yes ☐   No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2. Is the action still pending?     Yes ☐   No ☐
      a. If your answer was no, state precisely how the action was resolved: _____
      _____

   3. Did you appeal the decision?     Yes ☐   No ☐
   4. Is the appeal still pending?     Yes ☐   No ☐
      a. If not pending, what was the decision on appeal? _____
      _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐
      a. If so, explain: _____
      _____

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Odell Tamar Taylor
Place of Present Confinement  SRF
Address  9625 Pierce Rd Freeland mi 48623
Place of Confinement During Events Described in Complaint  1727 W. Bluewater HWY/Ionia. Mi. 48846

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1  Matt Macauley
Position or Title  Warden
Place of Employment  Ballamy Creek Correction Facility (IBC)
Address  1727 W. Bluewater HWY, Ionia, mi. 4
Official and/or personal capacity?  N/A

Name of Defendant #2  State of Michigan Department of Corrections
Position or Title  MDOC
Place of Employment  Grandview Plaza
Address  P.O. Box 30003 Lansing Michigan 48909
Official and/or personal capacity?  N/A

Name of Defendant #3 ___
Position or Title ___
Place of Employment ___
Address ___
Official and/or personal capacity? ___

Name of Defendant #4 ___
Position or Title ___
Place of Employment ___
Address ___
Official and/or personal capacity? ___

Name of Defendant #5 ___
Position or Title ___
Place of Employment ___
Address ___
Official and/or personal capacity? ___

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

In 2021 Feb. The Warden was inform that covid-19 was on its way. And MDOC was very aware of how to protect the prisoners and officers. They issue out N95 maskes to the officers. I kept asking why the prisoners not getting the proper maskes. The warden just brush it off like its a joke. The same month of febuary, The warden fail to protect me from covid, as a Correctional officer came to work without being tested. Some prisoners cought it, then the warden Lock the whole prison down and made sure every prisoner cought the Covid-19, they move me in a cell 7-222-T and I never had covid-19 and my cell mate had B.l.l.T and thats what I had. I wrote the grievance, they say it was Untimely, but if the warden would of dignity in matter of health care, personal safety, and general living condition I wouldn't had cought these symptoms: Super headaches, my kidneys is bad, I can't breath, loss of smell, an taste, dizziness, my heart beat fast, chest pain. Fever, Depression, and anxiety, bad cough. And lossing weight. And All the meat smell like death, and when I use the bathroom #2 it smell like the meat I eat. And I'm dieing, They won't give me the right medical resources for my health! And It's been over a year. And I have not recoveR from it yet! It Just got worser! Im dieing! And MDOC is in fault for allowing this to happen. And we just got the N95 maskes. Feb 2nd 2022. To cover up what they had created! Please help me! Im dieing....

## IV. Relief

State briefly and precisely what you want the court to do for you.

I hope and pray the court grant me 4.5 million and a medical release. This covid-19 has takin me out and I need this money to pay for real medical help, since MDOC can't supply the right theatment for my health! If the warden gave us the N95 mask when they was giving to the facility. We wouldn't be going threw this. Right is right and wrong is wrong! Thank you Your Honor, For your time and patience!

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

- [x] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

- [ ] I request that this case be assigned to a district judge.

3-28-22
**Date**

**Signature of Plaintiff**

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)



Odell T. Taylor #261843
S.R.F
9625 Pierce Rd
Freeland, mi.
48623

U.S
399
110
Grand



S. District Court

Federal Building

Michigan St., NW

Rapids, Mi

49503