UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ODELL TAMAR TAYLOR,

       Plaintiff,                         Case No. 1:22-cv-310

v.                                        Honorable Ray Kent

MATT MACAULEY et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   August 1, 2022                         /s/ Ray Kent
                                                             Ray Kent
                                                              United States Magistrate Judge